Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Russell Thomas

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RUSSELL THOMAS,<br><br>     Plaintiff,<br><br>  v.<br><br>LENDINGCLUB CORPORATION,<br>et. al.<br><br>     Defendants. | Case No.: 5:20-cv-01453-GW-SP<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT LENDINGCLUB CORPORATION |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Russell Thomas and defendant LendingClub Corporation have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal, with prejudice, of LendingClub Corporation within 21 days once the settlement is finalized.

Dated: July 7, 2021

**Gale, Angelo, Johnson, & Pruett, P.C.**

/s/ *Joe Angelo*
Joe Angelo
Attorney for Plaintiff