JS-6

Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Russell Thomas

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| RUSSELL THOMAS<br><br>  Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br>  Defendants. | Case No.: EDCV 20-1453-GW-SPx<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Lending Club Corporation is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 26, 2021

_____
Hon. GEORGE H. WU
UNITED STATES DISTRICT JUDGE